B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **14–11782**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/31/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Magdalen Jabeck
675 Lakeview Parkway, #6262
Vernon Hills, IL 60061

| | |
|---|---|
| Case Number: 14–11782<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5448 |
| Attorney for Debtor(s) (name and address):<br>Lester A Ottenheimer, III<br>Ottenheimer Law Group, LLC<br>750 Lake Cook Rd – Ste 140<br>Buffalo Grove, IL 60090<br>Telephone number: 847 520–9400 | Bankruptcy Trustee (name and address):<br>Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602<br>Telephone number: 312 368–0300 |

# Meeting of Creditors:

Date: **April 24, 2014**       Time: **03:00 PM**

Location: **1792 Nicole Lane, Round Lake Beach, IL 60073**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 6/23/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM –4:30 PM | Date: April 1, 2014 |

**EXPLANATIONS** B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-11782-ABG
Magdalen Jabeck                                                           Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: sward            Page 1 of 1              Date Rcvd: Apr 01, 2014
                              Form ID: b9a           Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
db         +Magdalen Jabeck,    675 Lakeview Parkway, #6262,    Vernon Hills, IL 60061-7943
21732904   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Shell Card Center,    PO Box 689151,   Des Moines, IA 50368)
21732894    Cash.com (Vista B),    P.O. Box 556,   Charlestown, Nevis,    West Indies
21732895    Cashjar,   P.O. Box 1639,    Belize City, CA 90680
21732897    EZ payday Cash.com,    3635 Summit Street,   West Union, IA 52175
21732898    Fast and Reliable Cash,    2207 Concord Pike,   Suite 946,    Vernon Hills, IL 60061
21732902   +MRS BPO, LLC,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
21732903    One Click Cash,    52946 Highway 13,   Suite 3,   Niobrara, NE 68760
21732907   +WEB Bank,   Dell Financial Services,    1 Dell Way,   Round Rock, TX 78682-7000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: lottenheimer@olawgroup.com Apr 02 2014 02:13:17     Lester A Ottenheimer, III,
             Ottenheimer Law Group, LLC,    750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL  60090
tr         +EDI: QJECOHEN.COM Apr 02 2014 01:53:00      Joseph E Cohen,    Cohen & Krol,
             105 West Madison Suite 1100,   Chicago, IL 60602-4600
21732891    E-mail/Text: contact@csicollects.com Apr 02 2014 02:16:44     Austin Anesthesia, LLC,
             c/o Certified Services, Inc.,    P.O. Box 177,   Waukegan, IL 60079-0177
21732892    EDI: CAPITALONE.COM Apr 02 2014 01:53:00      Capital One,    P.O. Box 85520,   Richmond, VA 23285
21732896   +EDI: WFNNB.COM Apr 02 2014 01:53:00      Comenity Bank/Catherines,    4590 E. Broad Street,
             Columbus, OH 43213-1301
21732899    EDI: RMSC.COM Apr 02 2014 01:53:00      GECRB/JC Penney,    P.O. Box 984100,   El Paso, TX 79998
21732900   +EDI: RMSC.COM Apr 02 2014 01:53:00      GECRB/WHITEH,   PO Box 981439,    El Paso, TX 79998-1439
21732901   +EDI: HFC.COM Apr 02 2014 01:53:00      HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
21732905    EDI: TFSR.COM Apr 02 2014 01:53:00      Toyota Financial Services,    PO Box 5855,
             Carol Stream, IL 60197-5855
21732906   +EDI: AFNIVZWIRE.COM Apr 02 2014 01:53:00      Verizon Wireless,    1 Verizon Pl.,
             Alpharetta, GA 30004-8510
                                                                                                TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21732893*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One,   P.O. Box 85520,   Richmond, VA 23285)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2014 at the address(es) listed below:
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Lester A Ottenheimer, III    on behalf of Debtor Magdalen  Jabeck lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```